*Send-O*

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No.: *CR 10-602 GHK*
                              )
              Plaintiff,      )   ORDER OF DETENTION PENDING
                              )   FURTHER REVOCATION
          v.                  )   PROCEEDINGS
                              )   (FED. R. CRIM. P. 32.1(a)(6); 18
*Fredrick Mailey or Garcia,*  )   U.S.C. § 3143(a)(1))
*Jr.*                         )
              Defendant.      )
_____)

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the ___*Central*___ District of

___*California*___ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other: _____

1

1           and/ or

2   B. (X)     The defendant has not met his/her burden of establishing by clear and

3               convincing evidence that he/she is not likely to pose a danger to the

4               safety of any other person or the community if released under 18 U.S.C.

5               § 3142(b) or (c).  This finding is based on the following:

6               (X)     information in the Pretrial Services Report and Recommendation

7               (X)     information in the violation petition and report(s)

8               (X)     the defendant's nonobjection to detention at this time

9               ( )     other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated: *May 22, 2014*

15                                   SHERI PYM
                               United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28