1

2

3

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )   Case No.: 2:10CR602-GHK
                                       )
11                      Plaintiff,     )   ORDER OF DETENTION
                   v.                  )   (FED.R. CRIM. P.32.1(a)(6); 18
12                                     )   U.S.C. § 3143(a))
     Fredrick Malgra Garcia            )
13                                     )
                       Defendant.      )
14                                     )

15          The defendant having been arrested in this District pursuant to a warrant

16   issued by the United States District Court for the  Central

17   District of  California         for alleged violation(s) of the terms and

18   conditions of probation or supervised release; and

19          Having conducted a detention hearing pursuant to Federal Rule of Criminal

20   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

21   A.      (✓)    The defendant has not met his/her burden of establishing by clear and

22                  convincing evidence that he/she is not likely to flee if released under

23                  18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

24                  • Unknown Background

25                  • Unknown Bail Resources

26                  • Submission

27                                          1

28

1   and/or

2   B.   ( )   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18

5   U.S.C. § 3142(b) or (c).  This finding is based on the following:

6   _____

7   _____

8   _____

9   _____

10

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: 10/7/14

16                                              HONORABLE DAVID T. BRISTOW
                                               United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28                                                      2