FILED
CLERK, U.S. DISTRICT COURT

DEC -- 4 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR10-00602-GHK |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION PENDING |
| v. | ) | FURTHER REVOCATION |
| | ) | PROCEEDINGS |
| | ) | (FED.R. CRIM. P.32.1(a)(6); 18 |
| FREDRICK MALGRA GARCIA, JR, | ) | U.S.C. § 3143(a) (1)) |
| Defendant. | ) | |
| | ) | |

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the  Central

District of  California                            for alleged violation(s) of the

terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X)     The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under

18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(x) information in the Pretrial Services Report and Recommendation

(x) information in the violation petition and report(s)

(x) the defendant's nonobjection to detention at this time

( ) other: _____

and/or

1   B. (X)     The defendant has not met his/her burden of establishing by clear and

2              convincing evidence that he/she is not likely to pose a danger to the safety

3              of any other person or the community if released under 18 U.S.C. §

4              3142(b) or (c).  This finding is based on the following:

5              (x)  information in the Pretrial Services Report and Recommendation

6              (x)  information in the violation petition and report(s)

7              (x)  the defendant's nonobjection to detention at this time

8               ( ) other: _____

9

10   IT THEREFORE IS ORDERED that the defendant be detained pending the further

11   revocation proceedings.

12

13   DATED:  December 4, 2015          _____

14                                               KENLY KIYA KATO
                                                 UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28